IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JUN 25 2026 PM2:25
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

DANIEL COLE CARTER

**2-26CR-062-Z**

NO._____

## INDICTMENT

The Grand Jury Charges:

Count One
Affecting Commerce by Robbery
(Violation of 18 U.S.C. § 1951(a))

On or about May 18, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Daniel Cole Carter**, defendant, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of any article and commodity in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain, and attempted to take and obtain, personal property consisting of an amount of money, cartons of cigarettes, and cigars from Z.S., an employee of Toot n Totum, 1300 SE 10th Avenue, Amarillo, Texas, against his will, by means of actual and threatened force, violence, and fear of injury to his person, that is, by pointing a black powder revolver at Z.S. and demanding money.

In violation of Title 18, United States Code, Section 1951(a).

Daniel Cole Carter
Indictment - Page 1

<u>Count Two</u>
Carjacking
(Violation of 18 U.S.C. § 2119(1))

On or about May 18, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Daniel Cole Carter**, defendant, with the intent to cause death and serious bodily harm, did intentionally take and attempt to take a motor vehicle, to wit: a Ford Edge, Vehicle Identification Number 1FMCU0J96GUC10096, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of Z.S. by force and violence and by intimidation.

In violation of Title 18, United States Code, Section 2119(1).

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:       anna.bell@usdoj.gov

**Daniel Cole Carter**
**Indictment - Page  2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

DANIEL COLE CARTER

INDICTMENT

COUNT 1:                AFFECTING COMMERCE BY ROBBERY
                        Title 18, United States Code, Section 1951(a).

COUNT 2:                CARJACKING
                        Title 18, United States Code, Section 2119(1).

(2 COUNTS)

A true bill rendered:

Amarillo _____ _____ Foreperson

Filed in open court this ___25th___ day of ___June_____, A.D. 2026.

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE